February 12, 2010

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Ms. Jane M. N. Webre
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701-2589

RE: Case Number: 08-0773
 Court of Appeals Number: 04-07-00325-CV
 Trial Court Number: 2005-CI-01377

Style: GALLAGHER HEADQUARTERS RANCH DEVELOPMENT, LTD., CHRIS HILL AND
 JULIE HOOPER
 v.
 CITY OF SAN ANTONIO AND CITY PUBLIC SERVICE

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
and per curiam opinion in the above-referenced case. (Justice Hecht not
sitting)
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |